IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HEATHER LOVE | : | |
|     Plaintiff | : | |
| | : | |
| v. | : | |
| | : | |
| THE LINCOLN NATIONAL LIFE | : | |
| INSURANCE COMPANY | : | |
|     Defendant | : | NO.: 22-CV-3215 |

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff and her counsel hereby give notice that the above-captioned action is voluntarily dismissed, without prejudice against the Defendant, Lincoln National Life Insurance Company.

Date: September 21, 2022

RESPECTFULLY SUBMITTED,

S/ *Michael J. Parker*
Michael J. Parker, Esquire
PA Bar No.: 93024
Counsel for the Plaintiff, Abby Love

Pond Lehocky LLP
One Commerce Square
2005 Market Street
Philadelphia, PA 19103
(800) 773-1300

## CERTIFICATE OF SERVICE

      I hereby certify that on September 21, 2022, I electronically filed the foregoing Notice of Voluntary Dismissal Pursuant to F.R.C.P. 41(a)(1)(A)(i) with the Clerk of Court by using the CM/ECF system, which sent notice of such filing to all parties.

                                       RESPECTFULLY SUBMITTED,

                                       S/ *Michael J. Parker*
                                       Michael J. Parker, Esquire